## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 15, 2018 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-383 (DLI) |
| **NAME OF CASE(S):** | **BLAIR V. BROOKLYN TRANSPORT CORP.** |
| **FOR PLAINTIFF(S):** | Kassner, Bromberg |
| **FOR DEFENDANT(S):** | Quill |
| **NEXT CONFERENCE(S):** | **JULY 25, 2018 AT 12:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 10:08 - 10:10 |

### RULINGS FROM INITIAL CONFERENCE:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 5/25/18;

Completion of Phase I discovery - 7/13/18;

Deadline for motions to join new parties or amend pleadings - 7/30/18;

First requests for production of documents and interrogatories due by - 8/15/18;

All fact discovery to be completed by 10/31/18;

Exchange of expert reports - 12/7/18;

Expert depositions completed by - 1/18/19;

All discovery completed by - 2/15/19;

Final date to take first step in dispositive motion practice - 3/15/19.

An in-person settlement conference will be held on July 25, 2018 at 12:00 p.m.  Parties are to submit their respective settlement positions via ex parte electronic filing no later than July 22, 2018.  Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.